TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
KRISTEN A. WILLIAMS (Cal. Bar No. 263594)
Deputy Chief, Major Frauds Section
CATHY J. OSTILLER (Cal. Bar No. 174582)
Senior Litigation Counsel
ALEXANDER C.K. WYMAN (Cal. Bar No. 295339)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0526/6159/2435
     Facsimile: (213) 894-6269
     E-mail:   Kristen.Williams@usdoj.gov
               Cathy.Ostiller@usdoj.gov
               Alex.Wyman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-661(A)-DMG |
| Plaintiff, | GOVERNMENT'S FIFTEENTH STATUS REPORT |
| v. | |
| JULIAN OMIDI,<br>  aka "Combiz Omidi,"<br>  aka "Combiz Julian Omidi,"<br>  aka "Kambiz Omidi,"<br>  aka "Kambiz Beniamia Omidi,"<br>  aka "Ben Omidi,"<br>SURGERY CENTER MANAGEMENT, LLC,<br>and<br>MIRALI ZARRABI, M.D.,<br>  aka "Mirali Akba Ghandchi<br>      Zarrabi,"<br>  aka "M.A. Ghandchi Zarrabi," | Hearing Date: April 28, 2021<br>Hearing Time: 11:00AM<br>Location:   Courtroom of the<br>            Hon. Dolly M. Gee |
| Defendants. | |

     Plaintiff United States of America, by and through its counsel
of record, the Acting United States Attorney for the Central District

1  of California and Assistant United States Attorneys Kristen A.

2  Williams, Cathy J. Ostiller, and Alexander C.K. Wyman, hereby files

3  its Fifteenth Status Report.

4      This Fifteenth Status Report is based upon the files and records

5  in this case and such further evidence and argument as the Court may

6  permit.

7   Dated: April 21, 2021        Respectfully submitted,

8                                   TRACY L. WILKISON
                                 Acting United States Attorney

9

10                                   BRANDON D. FOX
                                 Assistant United States Attorney
                                 Chief, Criminal Division

11

12                                     /s/
                               _____

13                                   KRISTEN A. WILLIAMS
                                 CATHY J. OSTILLER

14                                   ALEXANDER C.K. WYMAN
                                 Assistant United States Attorneys

15                                   Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

16

17

18

19

20

21

22

23

24

25

26

27

28

**FIFTEENTH STATUS REPORT**

**I.    Defendants**

Defendants Julian Omidi ("OMIDI") and Mirali Zarrabi ("ZARRABI") remain on bond.

OMIDI currently has six retained counsel appearing on the docket on his behalf:  attorneys Michael Schachter, Randall Jackson, Casey Donnelly, and Simona Agnolucci of Willkie Farr and Gallagher LLP, and Bruce and Edmund Searby of Searby LLP (specially appearing for the limited purpose of handling pretrial motions).  Thomas O'Brien, Ivy Wang, Nathan Brown, David Carroll, and Jennie Wang VonCannon remain counsel of record for ZARRABI, while Michael Devereux remains counsel for corporate defendant Surgery Center Management, LLC ("SCM").

The case against corporate defendant Independent Medical Services, Inc. ("IMS") remains severed and stayed.  (Dkt. 519.)

**II.   Status of Case**

Trial is scheduled for September 21, 2021, with a final pretrial conference on September 13, 2021, at 11:00AM.  (Dkt. 1008, 1020.) OMIDI, ZARRABI, and SCM remain joined for trial.

**A.    Interlocutory Appeals**

OMIDI and SCM have both filed interlocutory appeals (CA 21-50020; CA 21-50023) concerning the Court's recent Court's Order Re Defendant Julian Omidi's Motion Requesting Judicial Findings on Joint Defense Privilege Issues (Dkt. 943) ("JDA Order").  The appellants' opening briefs are currently due on May 5, 2021, and May 10, 2021, respectively.  On March 5, 2021, the government filed motions to dismiss both appeals for lack of jurisdiction.  (CA 21-50020, Dkt. 3; CA 21-50023, Dkt. 3).  Those motions to dismiss have been fully briefed and remain pending.

On March 10, 2021, IMS filed an untimely notice of appeal from the Court's JDA Order, seeking to join OMIDI's interlocutory appeal. (Dkt. 990.)  That matter was docketed as a separate appeal (CA 21-50051), but IMS has voluntarily dismissed the appeal.

**B.    Discovery/Special Master**

The government has continued to respond to defense requests and inquiries regarding discovery previously produced by the government. In the status report filed on April 6, 2021, the government set forth the parties' positions regarding appointment of a special master to resolve discovery issues.  (Dkt. 1013.)  The government remains opposed to this appointment at this time.

**C.    OMIDI's Motion to Dismiss**

OMIDI filed a motion to dismiss on April 15, 2021. (Dkt. 1026.) The Court has denied this motion without prejudice in light of OMIDI's counsel's failure to meet and confer prior to filing the motion.  (Dkt. 1029.)