Michael S. Devereux (SBN 225240)
WEXFORD LAW
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Telephone: (424) 444-0883

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br>v.<br><br>Julian Omidi, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR No. 17-00661 (A) - DMG<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed  ☐ Lodged:  (**List Documents**)

Compendium of Exhibits 1-121

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

08/03/2021
Date

Michael S. Devereux
Attorney Name

Surgery Center Management, LLC
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)   NOTICE OF MANUAL FILING OR LODGING