**DECLARATION OF JARED DAVIS**

I, Jared Davis, declare as follows:

1. I am a Special Agent for the Food and Drug Administration ("FDA"), assigned to Headquarters Operations. I have knowledge of the facts set forth herein and would testify to those facts truthfully if called and sworn as a witness. Because I make this declaration for the limited purpose of addressing issues raised in defendant Julian Omidi's second motion to suppress and related filings, I have not included each and every fact known to me concerning this matter.

2. On the morning of June 4, 2014, agents from various federal agencies including the FDA executed a search warrant at multiple suites within 9001 Wilshire Boulevard, Beverly Hills, California 90210, which included Suite 207 ("Suite 207"). My role during this search was to assist with the search and seizure of items listed in Attachment B of the search warrant.

3. Suite 207 was located on the second floor of a commercial office building. Suite 207 contained a single room, which appeared to store mostly physical patient files.

4. Attached hereto as **Exhibit A** is a fair and accurate depiction of the layout of Suite 207 from the date of the execution of the search warrant.

5. Attached hereto as **Exhibit B** are photographs taken by agents which fairly and accurately depict the inside of Suite 207 on the date of the execution of the search warrant.

//
//

6. The items seized from Suite 207 were by in large physical medical records that were contained inside several vertical filing cabinets.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Houston, Texas, on August 17, 2021.

Jared Davis
JARED DAVIS

# EXHIBIT A

9001 WILSHIRE BLVD, BEVERLY HILLS, CA SUITE 207 SEARCH WARRANT

06/04/2014

SHELF C
SHELF B
DESK A
ROLLING FILE L
ROLLING FILE K
DOOR
ROLLING FILE J
ROLLING FILE I
ROLLING FILE H
SHELF D
DESK E
DESK G
SHELF F

Prepared by: SA ANDREW NERRETER, FDA/OCI
248-469-9211

(*) = Computer (4 total)

# EXHIBIT B



GT_REPORTS_00109494



GT_REPORTS_00109495


Case 2:17-cr-00661-DMG   Document 1233-1   Filed 08/17/21   Page 8 of 9   Page ID #:31923

GT_REPORTS_00109498

L
K
J
I