TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KRISTEN A. WILLIAMS (Cal. Bar No. 263594)
Deputy Chief, Major Frauds Section
ALI MOGHADDAS (Cal. Bar No. 305654)
DAVID H. CHAO (Cal. Bar No. 273953)
DAVID C. LACHMAN (Cal. Bar No. 261711)
Assistant United States Attorneys
Major Frauds/General Crimes Sections
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2400
     Facsimile: (213) 894-6269
     E-mail:    Kristen.Williams@usdoj.gov
                Ali.Moghaddas@usdoj.gov
                David.Chao@usdoj.gov
                David.Lachman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-661(A)-DMG |
|---|---|
| Plaintiff, | **GOVERNMENT'S FILING REGARDING NAMES OF COUNT PATIENTS** |
| v. | Hearing Date: December 8, 2021 |
| JULIAN OMIDI,<br>  aka "Combiz Omidi,"<br>  aka "Combiz Julian Omidi,"<br>  aka "Kambiz Omidi,"<br>  aka "Kambiz Beniamia Omidi,"<br>  aka "Ben Omidi,"<br>SURGERY CENTER MANAGEMENT, LLC,<br>and<br>MIRALI ZARRABI, M.D.,<br>  aka "Mirali Akba Ghandchi Zarrabi,"<br>  aka "M.A. Ghandchi Zarrabi," | Time:         9:00AM<br>Location:      Courtroom of the<br>               Hon. Dolly M. Gee |
| Defendants. | |

     Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Kristen A. Williams, Ali Moghaddas, David H. Chao, and David C. Lachman, hereby files Exhibit A regarding the names of individuals identified in Counts 1-31, and 33-34 of the First Superseding Indictment.  Specific proposed revisions to the Court's current draft of jury instructions are printed in red front.

Dated: December 8, 2021            Respectfully submitted,

                                   TRACY L. WILKISON
                                   United States Attorney

                                   SCOTT M. GARRINGER
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                        /s/
                                   KRISTEN A. WILLIAMS
                                   ALI MOGHADDAS
                                   DAVID H. CHAO
                                   DAVID C. LACHMAN
                                   Assistant United States Attorneys

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

**Exhibit A**

United States v. Julian Omidi, et al.
CR 17-661(A)-DMG

| Count | Associated Patient Name (Last, First) |
|---|---|
| 1 | Scott, Dominiqua |
| 2 | Johnson, Jennifer |
| 3 | Frais, Ashlea |
| 4 | Muench, Laura |
| 5 | Conkey, Jennifer |
| 6 | Jenkins, Evelyn |
| 7 | Bakerdove, Mary |
| 8 | Williamson, Lola |
| 9 | Lopez, Tammy |
| 10 | Simpson, Toya |
| 11 | Coronado, Veronica |
| 12 | Georges, Sheila |
| 13 | Platas (formerly Adame), Alexandra |
| 14 | Ross, Kandy |
| 15 | Kaur, Surinder |
| 16 | Rojeski, Paula |
| 17 | Rojeski, Paula |
| 18 | Reveles, Candie |
| 19 | Anderson, Nancy |
| 20 | Zamora, Sylvia |
| 21 | McGinnis, Felisa  and McGinnis, Thomas |
| 22 | Nickle, Shelby |
| 23 | Wood, Amber |
| 24 | Zamora, Sylvia |
| 25 | Rogers, Teresa |
| 26 | Nickle, Shelby |
| 27 | Nickle, Shelby |
| 28 | McGrath, Karen  (Not Karen Moreno) |
| 29 | Johnson (formerly Hankston), Kimberly |
| 30 | Johnson (formerly Hankston), Kimberly |
| 31 | Garcia, Virginia |
| 33 | Rodriguez, Josephine |
| 34 | Nickle, Shelby |

CONFIDENTIAL HEALTH INFORMATION -- SUBJECT TO PROTECTIVE ORDER